IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOYCELYNN BAHE; TRESHAWN
BAHE REED; CRAIG BAHE,
as Representative of the Estate of CHARLA
BAHE, Deceased; FRANCILLA MAY THOMPSON,
as Guardian of K.K.T., a minor; and DIAMOND
RAYVON BAHE,

      Plaintiffs,

V.

JAG TRANSPORTATION, INC.; ELISARA
TAITO; JOHN DOE; BRIDGESTONE AMERICAS
TIRE OPERATIONS LLC, a foreign company which is
the successor to BRIDGESTONE/FIRESTONE NORTH
AMERICAN TIRE, LLC,

      Defendants.

Case No. 1:19-CV-00218-MIS-KK

## **UNOPPOSED MOTION TO APPROVE MINOR SETTLEMENT**

      COMES NOW Plaintiff FRANCILLA MAY THOMPSON, as Guardian and Conservator of K.K.T., a minor ("Plaintiff") by and through the Court appointed Guardian Ad Litem David Moore and files this Motion to Approve Minor Settlement.

    1.    Plaintiff is a minor child residing in the state of Arizona

    2.    Plaintiff alleges that Defendant is liable for tort claims related to the death of her mother Charla Bahe.

    3.    The Court previously appointed David Moore as the guardian ad litem for K.K.T.

    4.    The Parties have reached a compromised settlement on this claim.

    5.    The Parties agree that this settlement is in the best interest of the minor child.

    6.    The Parties agree that the terms of the settlement are fair and equitable.

    7.    That settlement funds are for the sole purpose and benefit of the minor child.

8. Counsel for Plaintiff has conferred with Counsel for Defendant Bridgestone Americas Tire Operations, LLC ("BATO") and BATO concurs in this Motion.

9. A proposed Order approving the settlement will be submitted under seal after the Court enters the Order to Seal filed in document number 77.

WHEREFORE, the parties respectfully pray that this Court approve the settlement and execute the attached Order approving Minor Settlement.

Respectfully submitted

/s/ T. Micah Dortch
Timothy Micah Dortch
*Associated Counsel*
**POTTS LAW FIRM, LLP**
2911 Turtle Creek Blvd., Suite 1000
Dallas, Texas 75219
(214) f396-9427
(469) 217-8296 fax
Email: mdortch@potts-law.com

Adam Funk
**POTTS LAW FIRM, LLP**
9202 San Mateo Blvd. NE
Albuquerque, New Mexico 87113
(505) 404-1499
(713) 583-5388 fax
Email: afunk@potts-law.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2021, I electronically served the Unopposed Motion to Approve Minor Settlement upon the following counsel of record:

Dave Moore
Moore Law, PLLC
2707 S. White Mountain Rd., Ste. H
Show Low, AZ 85901
Email: dave@moorelawaz.com
**Guardian Ad Litem for K.K.T.**

Lance D. Richards
Lauren R. Wilber
Civerolo, Gralow & Hill
P.O. Box 887
Albuquerque, NM 87103
Email: richardsl@civerolo.com
Email: wilberl@civerolo.com
**Counsel for Defendants Jag Transportation and Elisara Taito**

Donald A. DeCandia
Scott G. Edwards
Hartline Barger, LLP
141 E. Palace Avenue
Garden Level, Suite 2
Santa Fe, NM 87501
Email:  DDecandia@hartlinebarger.com
Email: sedwards@hartlinebarger.com

Chad M. Lieberman
Burns Figa & Will, P.C.
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, CO 80111
Email: clieberman@bfwlaw.com

**Counsel for Defendant Bridgestone Americas Tire Operations, LLC ("BATO")**

                                                          */s/ T. Micah Dortch*
                                                 **TIMOTHY MICAH DORTCH**